UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:18-cr-260 |
| | ) | |
| NICK PENFIELD | ) | |

### GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement has been provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/E. Greg Gilluly, Jr.*

Assistant United States Attorney
Tennessee Bar No. 019397

P.O. Box 8970
Savannah, Ga.  31412
(912) 652-4422

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 15th day of February, 2019.

              Respectfully submitted,

              BOBBY L. CHRISTINE
              UNITED STATES ATTORNEY

              ***/s/E. Greg Gilluly, Jr.***

              Assistant United States Attorney
              Tennessee Bar No. 019397

P.O. Box 8970
Savannah, Ga.  31412
(912) 652-4422
 (912) 652-4422